AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:23-mj-114 |
| JETT AVERY THOMAS | ) |
| | ) |
| | ) |
| | ) |
| _____ Defendant(s) | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 3, 2023_____ in the county of _____Multnomah_____ in the

District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) and 111(b) | Aggravated assault of an employee of the United States while engaged in the performance of official duties involving physical contact, use of a dangerous weapon, and bodily injury. |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation (FBI) Special Agent Joseph Youngblood.

☑ Continued on the attached sheet.

_____
/s/ By Phone
*Complainant's signature*

_____
Joseph Youngblood, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __6:00__ ~~a.m.~~/p.m.

Date: _____07/03/2023_____

_____
*Youlee Yim You*
*Judge's signature*

City and state: _____Portland, Oregon_____     Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*